UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACOB M. COOK,

    Plaintiff,

v.                                                                Case No. 8:05-cv–1135-T-27TBM

PIZZA HUT OF AMERICA, INC.,

    Defendant.
_____/

**O R D E R**

THIS MATTER is before the court on **Defendant's Renewed Motion to Strike Plaintiff's Human Factors Expert Witness, Peter Hancock, Ph.D.** (Doc. 69). By its motion, Defendant seeks an Order, pursuant to Federal Rule of Civil Procedure 37(a), striking Peter Hancock, Ph.D., from Plaintiff's expert witness list on the ground that Plaintiff's Rule 26 expert report relating to Dr. Hancock does not comply with the requirements of Federal Rule of Civil Procedure 26(a)(2)(B).

Although the motion may have merit, this court finds that Defendant has again failed to comply with Local Rule 3.01(g). Contrary to Defendant's assertion, see (Doc. 69, n. 1), the court did not deny Defendant's previous motion to strike (Doc. 58) for failing to include therein a Rule 3.01(g) certification. Rather, the motion was denied because Defendant's written correspondence to opposing counsel did not constitute a good faith effort to resolve the disputed issue. See (Doc. 62). On the instant motion, Defendant attaches the same correspondence as evidence of its good faith attempt to resolve the matter. Compare (Doc. 59, attach.) with (Doc. 69, attach.). As indicated previously, that correspondence is insufficient.

The local rule contemplates that counsel will speak to one another prior to filing a motion. See M.D. Fla. R. 3.01(g). Accordingly, **Defendant's Renewed Motion to Strike Plaintiff's Human Factors Expert Witness, Peter Hancock, Ph.D.** (Doc. 69) is **DENIED without prejudice**.

**Done and Ordered** in Tampa, Florida, this 21st day June 2006.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record